IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | 4:21-CV-3095 |
| vs. | ORDER |
| ACCESS ONE CONSUMER HEALTH, INC., a Florida corporation, et al., | |
| Defendants. | |

On the plaintiff's notice of voluntary dismissal with prejudice (filing 34), the plaintiff's complaint is dismissed with prejudice, each side bearing its own costs and attorney's fees.

Dated this 10th day of September, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge